UNITED STATES DISTRICT COURT
District of Maine

| FRIENDS OF THE BOUNDARY, MOUNTAINS, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | |
| U.S. ARMY CORPS OF ENGINEERS, ET ALS., | ) | No. 1:12-cv-00357-GZS |
| Defendants | ) | |
| And | ) | |
| TRANSCANADA MAINE WIND DEVELOPMENT INC. | ) | |
| Intervenor-Defendant. | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on April 23, 2014, his Recommended Decision (ECF No. 46). Plaintiff filed its Objection to the Recommended Decision on Cross-Motions for Summary Judgment (ECF No. 47) on May 12, 2014. Defendant-Intervenor filed its Response to Plaintiff's Objection to the Recommended Decision (ECF No. 48) on May 19, 2014. Defendants filed their Opposition to Plaintiff's Objection to the Recommended Decision (ECF No. 49) on May 29, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United

States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Defendant's Cross-Motion for Summary Judgment (ECF Nos. 32/33) is hereby **GRANTED**.

3. It is **ORDERED** that Intervenor-Defendant's Cross-Motion for Summary Judgment (ECF No. 36) is hereby **GRANTED**.

4. It is **ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 31) is **DENIED**.

/s/George Z. Singal
U.S. District Judge

Dated this 2nd day of June, 2014.